**Jerry BENWARD, Plaintiff-Appellant, v. AUTOMOBILE INSURANCE COMPANY, Defendant-Appellee.**

No. 285.

Circuit Court of Appeals, Second Circuit.

May 31, 1946.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

Hill, Rivkins & Middleton, of New York City (Gregory S. Rivkins and Robert J. Andrews, both of New York City, of counsel), for plaintiff-appellant.

Bigham, Englar, Jones & Houston, of New York City (John M. Aherne, of New York City, of counsel), for defendant-appellee.

PER CURIAM.

Affirmed on opinion of the District Court, 60 F.Supp. 995.

**Harold COHEN, Appellant, v. Joseph ROTH, as Trustee in Bankruptcy of Paul E. Flato, Bankrupt, Appellee.**

No. 295.

Circuit Court of Appeals, Second Circuit.

May 31, 1946.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

From an order of the District Court dismissing a petition for the review of an order of the referee in bankruptcy in a turnover proceeding, the appellant, Harold Cohen, appeals.

Herman Kahn, of New York City, for appellant Harold Cohen.

Robert H. Epstein, of New York City, for appellee Joseph Roth, Trustee.

PER CURIAM.

Order affirmed.

**In the Matter of FIRST NATIONAL BANK AND TRUST COMPANY OF EASTON (Sylvia REIBMAN, Intervenor, Appellant).**

No. 9091.

Circuit Court of Appeals, Third Circuit.

Argued May 10, 1946.

Decided May 27, 1946.

Nathan L. Reibman, of Easton, Pa. (Francis E. Walter, of Easton, Pa., on the brief), for appellant.

Allen S. Olmsted, 2d, of Philadelphia, Pa. (Charles D. Hogan, of Easton, Pa., and James M. Kane and Robert A. Dixon, both of Chicago, Ill., on the brief), for petitioner.

Before BIGGS, EDGERTON, and O'CONNELL, Circuit Judges.

PER CURIAM.

The order of the court below, vacating the order of August 22, 1945 granting the appellant Reibman leave to intervene, is affirmed.